**Order entered November 25, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00343-CV

## IN THE INTEREST OF B.W.S., A MINOR CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-51685-2010**

## ORDER

Before the Court is appellant's November 23, 2020 second unopposed motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 14, 2020.

/s/    KEN MOLBERG
        JUSTICE